| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Teel, S. Martin, Jr. | 2. Court or Organization U.S. Bankr. Ct. D.D.C. | 3. Date of Report 05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

| 7. Chambers or Office Address United States Courthouse 333 Constitution Ave., N.W. Washington, DC 20001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Executive Committee | Walter Chandler American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Salary from U.S. Department of State |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stocks are common unless marked preferred. L.P. means | | | | | | | | | |
| 2. limited partnership. | | | | | | | | H1 | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 5. SEI Daily Income TrFund 138 Treas Portfolios CL B and cash | A | Dividend | N | T | | | | | |
| 6. to be swept therein | | | | | | | | | |
| 7. Adobe Sys. Inc. (ADBE) | | None | | | Sold | 02/23/11 | J | B | |
| 8. AFLAC, Inc. (AFL) | A | Dividend | | | Sold | 03/15/11 | J | B | . |
| 9. America Movil S.A.B. de C.V. Amer. Depository Receipt | | None | | | Sold (part) | 03/09/11 | J | A | |
| 10. | | | | | Sold | 5/12/11 | J | A | |
| 11. Ametek Inc. New (AME) | A | Dividend | J | T | Sold (part) | 01/04/11 | J | A | |
| 12. | | | | | Sold (part) | 01/05/11 | J | A | |
| 13. Amphenol Corp. (APH) | A | Dividend | | | Sold (part) | 07/27/11 | J | A | |
| 14. | | | | | Sold | 09/15/11 | J | | No gain. |
| 15. Apache Corp. (APA) | A | Dividend | | | Sold (part) | 3/15/11 | J | A | |
| 16. | | | | | Sold (part) | 9/22/11 | J | A | |
| 17. | | | | | Sold | 10/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Computer (AAPL) | | None | K | T | | | | | |
| 19. Aptargroup Inc. (ATR) | A | Dividend | J | T | | | | | |
| 20. Autozone Inc.(AZO) | | None | K | T | | | | | |
| 21. Bank Montreal Quebec (BMO) | A | Dividend | J | T | Buy (add'l) | 03/03/11 | J | | |
| 22. Barrick Gold Corp. (ABX) | A | Dividend | J | T | | | | | |
| 23. BCE Inc. (BCE) | A | Dividend | J | T | Buy | 05/10/11 | J | | |
| 24. Canadian National Railway Company (CNI) | A | Dividend | J | T | Buy | 03/03/11 | J | | |
| 25. Caterpillar Inc. (CAT) | A | Dividend | | | Sold (part) | 1/05/11 | J | C | |
| 26. | | | | | Sold (part) | 09/22/11 | J | B | |
| 27. | | | | | Sold | 10/04/11 | J | B | |
| 28. CH Robinson (CHRW) | A | Dividend | K | T | | | | | |
| 29. Check Point Software Tech LT ORD (CHKP) | | None | K | T | | | | | |
| 30. Chevron Corp. (CVX) | | None | J | T | Buy | 12/02/11 | J | | |
| 31. Church & Dwight Co. Inc. (CHD) | A | Dividend | J | T | | | | | |
| 32. Clean Harbors Inc. (CLH) | | None | J | T | Buy | 03/30/11 | J | | |
| 33. Cognizant Tech. Solutions Corp. (CTSH) | | None | J | T | Sold (part) | 03/15/11 | J | D | |
| 34. CR Bard Inc. (BCR) | A | Dividend | | | Sold (part) | 09/22/11 | J | | No gain. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/04/11 | J | A | |
| 36. Cummins Inc. (CMI) | A | Dividend | J | T | Buy | 08/30/11 | J | | |
| 37. Danaher Corp. Del. (DHR) | A | Dividend | J | T | Sold (part) | 08/03/11 | J | B | |
| 38. Dolby Labs. Inc. Class A (DLB) | | None | | | Sold (part) | 02/07/11 | J | | No gain. |
| 39. | | | | | Sold | 02/23/11 | J | | No gain. |
| 40. Dominion Res. Inc. Va. New (D) | A | Dividend | J | T | | | | | |
| 41. Eaton Vance Cp Non Voting (EV) | A | Dividend | | | Sold | 05/12/11 | J | A | |
| 42. Ecolab Inc. (ECL) | A | Dividend | J | T | Sold (part) | 02/23/11 | J | B | |
| 43. Emerson Electric Co. (EMR) | A | Dividend | J | T | Sold (part) | 07/27/11 | J | B | |
| 44. Endo Pharmaceuts. Hldgs. Inc. (ENDP) | | None | | | Buy (add'l) | 04/06/11 | J | | |
| 45. | | | | | Sold (part) | 08/23/11 | J | | No gain. |
| 46. | | | | | Sold | 09/15/11 | J | | No gain. |
| 47. Entergy Corp. (ETR) | A | Dividend | | | Sold (part) | 02/07/11 | J | A | |
| 48. | | | | | Sold | 2/23/11 | J | A | |
| 49. Factset Research Systems (FDS) | A | Dividend | J | T | Sold (part) | 03/15/11 | J | D | |
| 50. | | | | | Sold (part) | 07/27/11 | J | B | |
| 51. Flowserve Corp. (FLS) | A | Dividend | | | Sold (part) | 05/24/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/13/11 | J | | No gain. |
| 53. FreeportMcMoran Copper & Gold Inc. (FCX) | A | Dividend | | | Sold (part) | 03/09/11 | J | C | |
| 54. | | | | | Sold | 08/08/11 | J | C | |
| 55. Healthcare REIT Inc. (HCN) | A | Dividend | J | T | Buy | 10/31/11 | J | | |
| 56. Henry Schein Inc. (HSIC) | | None | J | T | Buy | 02/10/11 | J | | |
| 57. Humana Inc. (HUM) | A | Dividend | K | T | Buy | 03/30/11 | K | | |
| 58. IBM Corp. (IBM) | A | Dividend | K | T | | | | | |
| 59. Idexx Labs Inc. (IDXX) | | None | J | T | Sold (part) | 06/09/11 | J | A | |
| 60. Jacobs Engr. Grp. Inc. (JEC) | | None | | | Sold (part) | 05/24/11 | J | | No gain. |
| 61. | | | | | Sold | 07/13/11 | J | | No gain. |
| 62. JM Smucker Co. (SJM) | A | Dividend | J | T | Sold (part) | 06/08/11 | J | B | |
| 63. Johnson Controls (JCI) | A | Dividend | | | Sold | 06/08/11 | J | B | |
| 64. Joy Global Inc. (JOYG) | A | Dividend | | | Sold (part) | 05/24/11 | J | C | |
| 65. | | | | | Sold | 08/08/11 | J | B | |
| 66. Kirby Corp. (KEX) | | None | K | T | | | | | |
| 67. McDonald's Corp. | A | Dividend | K | T | Buy | 08/30/11 | J | | |
| 68. Newmont Mining Corp. (NEM) | A | Dividend | J | T | Buy (add'l) | 12/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nike Inc. Class B Common (NKE) | A | Dividend | J | T | | | | | |
| 70. Norfolk Southern Company | | None | J | T | Buy | 11/08/11 | J | | |
| 71. Novo Nordisk ADR (NVO) | A | Dividend | K | T | Buy (add'l) | 10/31/11 | J | | |
| 72. Nucor Corp. (NUE) | A | Dividend | | | Sold | 05/12/11 | J | | No gain. |
| 73. Oracle Corp. (ORCL) | A | Dividend | J | T | | | | | |
| 74. Parker Hannifin Corp. Common (PH) | A | Dividend | | | Sold (part) | 03/15/11 | J | B | |
| 75. | | | | | Sold (part) | 08/03/11 | J | A | |
| 76. | | | | | Sold | 10/04/11 | J | A | |
| 77. Praxair Inc. (PX) | A | Dividend | K | T | Sold (part) | 03/15/11 | J | B | |
| 78. Procter & Gamble Co. (PG) | A | Dividend | | | Sold (part) | 02/07/11 | J | D | |
| 79. | | | | | Sold | 02/23/11 | J | D | |
| 80. Public Storage Inc.(PSA) | A | Dividend | J | T | Sold (part) | 03/15/11 | J | B | |
| 81. | | | | | Sold (part) | 5/24/11 | J | B | |
| 82. Qualcomm Inc. (QCOM) | A | Dividend | | | Buy | 02/07/11 | J | | |
| 83. | | | | | Sold | 10/04/11 | J | | No gain. |
| 84. Quest Diagnostics Inc. (DGX) | A | Dividend | | | Sold | 02/23/11 | J | A | |
| 85. Questar Corp. (STR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Rogers Communcns. Cl. B (RCI) | A | Dividend | | | Sold | 03/15/11 | J | | No gain. |
| 87. Roper Inds. Inc. New (ROP) | A | Dividend | J | T | Sold (part) | 06/09/11 | J | A | |
| 88. Sigma Aldrich Corp. (SIAL) | A | Dividend | K | T | | | | | |
| 89. Southern Co. (SO) | A | Dividend | K | T | | | | | |
| 90. St. Jude Med. Inc. (STJ) | A | Dividend | | | Sold (part) | 02/07/11 | J | A | |
| 91. | | | | | Sold | 10/04/11 | J | | No gain. |
| 92. Stericycle Inc. (SRCL) | | None | J | T | Sold (part) | 3/15/11 | J | B | |
| 93. | | | | | Sold (part) | 05/24/11 | J | B | |
| 94. T Rowe Price Group Inc. (TROW) | A | Dividend | | | Sold | 07/13/11 | J | B | |
| 95. Teva Pharmaceutical (TEVA) | A | Dividend | | | Sold (part) | 01/05/11 | J | A | |
| 96. | | | | | Sold (part) | 03/03/11 | J | B | |
| 97. | | | | | Sold | 05/25/11 | J | A | |
| 98. Thermo Fisher Scientific Inc. (TMO) | | None | J | T | | | | | |
| 99. Toronto Dominion Bk Ont. (TD) | A | Dividend | J | T | Sold (part) | 08/03/11 | J | B | |
| 100. Trimble Nav. Ltd. (TRMB) | | None | J | T | Sold (part) | 03/15/11 | J | C | |
| 101. | | | | | Sold (part) | 09/22/11 | J | A | |
| 102. United Technologies Corp. (UXT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  V F Corp. (VFC) | | None | | | Sold | 02/23/11 | J | C | |
| 104.  W W Grainger Inc. (GWW) | A | Dividend | J | T | | | | | |
| 105.  Vornado Realty trust | A | Dividend | | | Buy | 05/10/11 | J | | |
| 106. | | | | | Sold | 10/04/11 | J | | No gain. |
| 107.  ING Mut. Funds Intl. Small Cap Growth Fd. Cl. B (NTKLX) | A | Dividend | K | T | | | | | |
| 108.  Balt. Md. Rfdg. C.P.I 6.15% yld 0% Cpn due 10/15/11. | C | Interest | | | Redeemed | 10/15/11 | J | | No gain. |
| 109.  Chesterfield Co. Va. Gen. Oblign. Dtd. 04/16/08 4% 01/01/11 | A | Interest | | | Redeemed | 01/01/11 | K | | No gain. |
| 110.  Dallas TX Indpt. Sch. 5% dtd. 02/15/04 due 022/15/23 | A | Interest | K | T | | | | | |
| 111.  Delaware St. 5%15 GO due 08/01/15 | B | Interest | K | T | | | | | |
| 112.  Delaware St. Hsg. Auth. Rev. Cpn. 6.000% due 07/01/32 | A | Interest | | | Redeemed | 10/28/11 | J | | No gain. |
| 113.  El Paso Co., CO Sch. Dist. Rev. 5% due 12/15/16 | B | Interest | L | T | Buy | 2/07/11 | L | | |
| 114.  Horry Cnty S.C. Sch. 5% Genl Oblig due 03/01/12 | B | Interest | K | T | | | | | |
| 115.  King County Washington 5.25%11 Rev Due 01/01/11 | A | Interest | | | Redeemed | 01/01/11 | K | | No gain. |
| 116.  Pennsylvania St. Tpk. 5.25%14 Rev. due 12/01/14 | B | Interest | K | T | | | | | |
| 117.  Port Olympia, Washington 5.5% due 12/01/16 | A | Interest | L | T | Buy | 09/09/11 | L | | |
| 118.  Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due | A | Interest | K | T | | | | | |
| 119.  02/01/08 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Richmond VA Gen Oblign dtd 10/18/2000 5.5% 01/15/14 Callable | A | Interest | | | Redeemed | 01/15/11 | K | | No gain. |
| 121. San Francisco Gen Oblign Dtd 02/13/07 5% 06/15/13 Callable | B | Interest | K | T | | | | | |
| 122. Upper Merion PA Sch. Dist. Rev. 5% due 02/15/18 | A | Interest | L | T | Buy | 6/15/11 | L | | |
| 123. Washington St. Gen. Oblig. dtd 07/26/2005 5.000% due | C | Interest | L | T | | | | | |
| 124. 07/01/2020 | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 127. SEI Daily Inc. Trfund 138 Treas Portfolios Cl B & Cash to be | A | Dividend | J | T | | | | | |
| 128. swept therein. | | | | | | | | | |
| 129. Adobe Systems, Inc. (ADBE) | | None | | | Sold | 02/23/11 | J | A | |
| 130. Ametek Inc New (AME) | A | Dividend | J | T | Buy | 5/10/11 | J | | |
| 131. Apple Computer (AAPL) | | None | J | T | | | | | |
| 132. Aptar Group Inc. (ATR) | A | Dividend | J | T | | | | | |
| 133. Barrick Gold Corp. (ABX) | A | Dividend | J | T | | | | | |
| 134. BCE Inc. (BCE) | A | Dividend | J | T | | | | | |
| 135. Becton Dickinson & Co. (BDX) | A | Dividend | J | T | | | | | |
| 136. Canadian Natl. R. Co. (CNI) | A | Dividend | K | T | Buy (add'l) | 02/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Caterpillar Inc. (CAT) | A | Dividend | | | Sold (part) | 09/22/11 | J | | No gain. |
| 138. | | | | | Sold | 10/04/11 | J | A | |
| 139.  Citrix Sys. Inc. | | None | | | Buy | 05/10/11 | J | | |
| 140. | | | | | Sold | 09/22/11 | J | | No gain. |
| 141.  C.H. Robinson Worldwide New (CHRW) | A | Dividend | J | T | | | | | |
| 142.  Clean Harbors Inc. | A | Dividend | J | T | Buy | 03/30/11 | J | | |
| 143.  Covidien PLC (COV) (mis-spelled on last year's report) | A | Dividend | | | Sold | 02/02/11 | J | | No gain. |
| 144.  CR Bard Inc. (BCR) | A | Dividend | | | Sold | 10/04/11 | J | | No gain. |
| 145.  Cummins Inc. | A | Dividend | J | T | Buy | 08/30/11 | J | | |
| 146.  Dominion Res. Inc. VA (D) | A | Dividend | J | T | Buy (add'l) | 05/10/11 | J | | |
| 147.  Eaton Vance Cp Non Vtg (EV) | A | Dividend | | | Sold | 05/12/11 | J | | No gain. |
| 148.  Ecolab Inc. | A | Dividend | J | T | Buy | 05/10/11 | J | | |
| 149.  EQT Corp. (EQT) | A | Dividend | J | T | Sold (part) | 06/17/11 | J | A | |
| 150.  Express Scripts Inc. (ESRX) | | None | J | T | Buy | 11/08/11 | J | | |
| 151.  Exxon Mobil Corp. (XOM) | A | Dividend | | | Sold | 02/02/11 | J | B | |
| 152.  Factset Research Systems (FDS) | A | Dividend | J | T | Sold (part) | 07/27/11 | J | A | |
| 153.  Fastenal Corp. (FAST) | A | Dividend | K | T | Buy (add'l) | 02/18/11 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 06/17/11 | J | A | |
| 155. Hansen Natural Corp. (HANS) | | None | K | T | Buy | 02/18/11 | J | | |
| 156. Health Care REIT Inc. | A | Dividend | J | T | Buy | 10/31/11 | J | | |
| 157. Humana Inc. (HUM) | A | Dividend | J | T | Buy | 03/30/11 | J | | |
| 158. | | | | | Buy | 08/30/11 | J | | |
| 159. IBM Corp. | A | Dividend | J | T | | | | | |
| 160. Idexx Labs Inc. (IDXX) | | None | J | T | | | | | |
| 161. Intel Corp. (INTC) | | None | | | Sold | 02/02/11 | K | | No gain. |
| 162. Kirby Corporation (KEX) | | None | J | T | Buy | 10/31/11 | J | | |
| 163. McDonald's Corp. (MCD) | A | Dividend | J | T | Buy | 08/30/11 | J | | |
| 164. Newmont Mining Corp. Com. (NEM) | A | Dividend | J | T | Buy (add'l) | 12/02/11 | J | | |
| 165. Nextera Energy Inc. (NEE) Name change for FPL | A | Dividend | J | T | | | | | |
| 166. Novo Nordisk ADR (NVO) | A | Dividend | J | T | | | | | |
| 167. Nuance Communications, Inc. (NUAN) | | None | K | T | | | | | |
| 168. Nucor Corp.(NUE) | A | Dividend | | | Sold | 5/12/11 | J | | No gain. |
| 169. Oracle Corp. (ORCL) | A | Dividend | J | T | Sold (part) | 06/17/11 | J | A | |
| 170. Parker-Hannifin Corp. (PH) | A | Dividend | | | Sold | 10/04/11 | J | | No gain. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Praxair Inc. (PX) | A | Dividend | J | T | | | | | |
| 172. Qualcom Inc. | A | Dividend | | | Buy | 02/07/11 | J | | |
| 173. | | | | | Sold | 10/04/11 | J | | No gain. |
| 174. Quest Diagnostic Inc. (DGX) | A | Dividend | | | Sold | 02/23/11 | J | A | |
| 175. Roper Indus. Inc. (ROP) | A | Dividend | J | T | Sold (part) | 06/09/11 | J | B | |
| 176. Syngenta AG ADR (SYT) | A | Dividend | | | Sold | 09/22/11 | J | | No gain. |
| 177. T Rowe Price Group, Inc. (TROW)' | A | Dividend | | | Sold | 06/17/11 | J | A | |
| 178. Thermo Fisher (TMO) | | None | J | T | Buy (add'l) | 05/10/11 | J | | |
| 179. Tyco Electronics Ltd. | A | Dividend | | | Sold | 02/02/11 | J | | No gain. |
| 180. United Technologies Corp. (UTX) | A | Dividend | J | T | | | | | |
| 181. Vornado Realty Trust | A | Dividend | | | Buy | 05/10/11 | J | | |
| 182. | | | | | Sold | 10/04/11 | J | | No gain. |
| 183. WW Grainger Inc. GWW) | A | Dividend | J | T | | | | | |
| 184. 3M Co. (MMM) | A | Dividend | | | Sold (part) | 08/23/11 | J | | No gain. |
| 185. | | | | | Sold | 09/15/11 | J | | No gain. |
| 186. Vanguard Energy Fund (VGENX) | A | Dividend | | | Sold | 02/03/11 | K | D | |
| 187. IShaes MSCI Emerging Mkts. Index (EEM) | A | Dividend | | | Sold | 02/02/11 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. El Paso County, Colorado Sch. Dist. revenue 5% Due 12/15/16 | B | Interest | K | T | Buy | 02/07/11 | K | | |
| 189. Maine St. Muni Bond Bank Rev. Bond 5% to 11//01/20 | | None | K | T | Buy | 12/06/11 | K | | |
| 190. Md. St. Health & HEFA RV Medlantic/ Helix FSA Issue A B/E | B | Interest | K | T | | | | | |
| 191. OID 96.149 5% cpn. 4.750% due 08/15/28 | | | | | | | | | |
| 192. Pa. State 5%16 GO due 11/01/16 | B | Interest | K | T | | | | | |
| 193. Pa. State GO 5.000% due 10/01/22 | B | Interest | K | T | | | | | |
| 194. | | | | | | | | | |
| 195. BROKERAGE ACCOUNT NO. 4 | | | | | | | | | |
| 196. This account is no longer reportable as the ___ was no | | | | | | | | | |
| 197. longer a dependent during any part of the reporting year. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 200. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 201. | | | | | | | | | |
| 202. SECURITIES LITIGATION RETURN OF CAPITAL | | | | | | | | | |
| 203. None this year. | | | | | | | | | |
| 204. BANK ACCOUNTS: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Wells Fargo (Wachovia Bank) money mkt. Acct. | A | Interest | L | T | | | | | |
| 206. Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 207. Bank of America - ▨ No longer reportable. ▨ was | | | | | | | | | |
| 208. not a dependent at any time in reporting year. | | | | | | | | | |
| 209. Chevy Chase Bank Acct. #6-▨ No longer reportable. ▨ | | | | | | | | | |
| 210. was not a dependent at any time in reporting year. | | | | | | | | | |
| 211. State Dept. Fed. Credit Union | A | Interest | L | T | | | | | |
| 212. Justice Dept. FCU | A | Interest | J | T | | | | | |
| 213. | | | | | | | | | |
| 214. INTERESTS AS LIMITED PARTNERS OR AS A RESULT OF SUCH | | | | | | | | | |
| 215. Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | | | | | |
| 216. Real Estate Assocs. Ltd. VI L.P. | A | Distribution | J | W | | | | | |
| 217. | | | | | | | | | |
| 218. IRA ACCOUNT NO. 1: | A | Dividend | L | T | | | | | |
| 219. | A | Interest | | | | | | | |
| 220. --Vanguard Energy (VGENX) | | | | | Sold | 05/13/11 | J | D | |
| 221. --Pimco High Income Fund (PHK) | | | | | Sold (part) | 5/12/11 | J | | No gain. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold | 5/25/11 | J | A | |
| 223. --SEI Daily Income TRFUND 138 Treas Portfolios CL B | | | | | | | | | |
| 224. --Consol Energy Inc. (CNX) | | | | | Sold | 09/22/11 | J | | No gain. |
| 225. --FHLB 1.050% due 6/30/14 | | | | | Buy | 06/21/11 | K | | |
| 226. | | | | | Redeemed | 9/30/11 | K | | No gain. |
| 227. --FHLB 2.180% due 11/16/18 | | | | | Buy | 11/18/11 | K | | |
| 228. --Infosys Technologies Ltd. ADR (INFY) | | | | | Sold | 05/25/11 | J | | No gain. |
| 229. --Kirby Corp. (KEX) | | | | | | | | | |
| 230. --Qualcomm Inc. (QCOM) | | | | | Sold | 10/04/11 | J | | No gain. |
| 231. --Questar Corporation | | | | | Buy | 10/31/11 | J | | |
| 232. --T Rowe Price Group Inc. (TROW) | | | | | Sold | 06/09/11 | J | | No gain. |
| 233. --Toro Co. (TTC) | | | | | Sold | 07/27/11 | J | | No gain. |
| 234. --V F Corp. (VFC) | | | | | Sold | 2/23/11 | J | A | |
| 235. | | | | | | | | | |
| 236. IRA ACCOUNT NO. 2: | A | Dividend | L | T | | | | | |
| 237. | A | Interest | | | | | | | |
| 238. --Smallcap World Fund, Inc. (SMCWX) | | | | | Sold | 1/07/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --SEI Daily Income TRFUND 138 Treas Portfolios Cl B | | | | | | | | | |
| 240. --Baxter International 5.9% Bond due 09/01/16 | | | | | Buy | 01/26/11 | K | | |
| 241. --Becton Dickinson & Co. (BCX) | | | | | | | | | |
| 242. --Citrix Sys Inc. (CTXS) | | | | | Sold | 09/22/11 | J | | No gain. |
| 243. --Consol. Energy Inc. | | | | | Buy | 01/06/11 | J | | |
| 244. | | | | | Sold | 09/22/11 | J | | No gain. |
| 245. --Express Scripts Inc. | | | | | Buy | 11/08/11 | J | | |
| 246. --Henry Schein Inc. (HSIC) | | | | | | | | | |
| 247. --Infosys Tech. Sponsored ADR | | | | | Buy | 01/06/11 | J | | |
| 248. | | | | | Sold | 05/25/11 | J | | No gain. |
| 249. --Jacobs Engr Group Inc. (JEC) | | | | | Sold (part) | 05/24/11 | J | A | |
| 250. | | | | | Sold | 7/13/11 | J | | No gain. |
| 251. --Oracle Corp. Com. (ORCL) | | | | | Buy | 10/31/11 | J | | |
| 252. --Syngenta AG ADR (SYT) | | | | | Sold (part) | 08/03/11 | J | A | |
| 253. | | | | | Sold | 09/22/11 | J | | No gain. |
| 254. IRA ACCOUNT NO. 4☐ This is no longer reportable. The | | | | | | | | | |
| 255. ☐ was not a dependent in any part of the reporting year. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |
| 258. Mass Mutual Life Ins. Co. ( is insured) | B | Dividend | L | T | | | | | |
| 259. Mass. Mutual Life Ins. Co. (I am insured) | B | Dividend | L | T | | | | | |
| 260. General American Life Ins. Co. | | None | K | T | | | | | |
| 261. | | | | | | | | | |
| 262. REAL PROPERTIES: | | | | | | | | | |
| 263. House No. 1 ("O/C") in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 264. Assessed at 100% of value, at $180,200 as of 01/01/2011 | | | | | | | | | |
| 265. House, Richmond, Va. | D | Rent | M | S | | | | | |
| 266. Assessed at 100% of value as of 01/01/2011 at $167,000 | | | | | | | | | |
| 267. House, Property No. 2 in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 268. Assessed January 1, 2011, at $197,300 at 100% of value | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. VESTED PARTIAL REMAINDERMAN INTEREST IN TRUST | | None | L | W | | | | | |
| 271. Suntrust (formerly Crestar) is the trustee. The valuation | | | | | | | | | |
| 272. is an estimate as the life tenant is stilll living, and this | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, S. Martin, Jr. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. also makes the interest uncertain as to the future such that | | | | | | | | | |
| 274. the interest is a contingent interest not technically | | | | | | | | | |
| 275. reportable. This was also true in prior years, but I did | | | | | | | | | |
| 276. not know this was the case. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. INTEREST IN MUTUAL LIFE INSURANCE COMPANY | | | | | | | | | |
| 279. Gen. Amer. Mut. Holding Co.: Membership Interest | None | | J | W | | | | | |
| 280. No income distribution this year from settlement fund for | | | | | | | | | |
| 281. certain litigation. | | | | | | | | | |
| 282. No transaction distribution this year from disposition of | | | | | | | | | |
| 283. Gen. Accident Life Ins. Co. which has not been finalized. | | | | | | | | | |
| 284. INTEREST IN SETTLEMENT FUND | | | | | | | | | |
| 285. AOL Time Warner, Inc. Securities & ERISA Litigation | None | | J | W | | | | | |
| 286. Settlement Fund. [Uncertain when final distribution | | | | | | | | | |
| 287. will occur or whether it has already occurred.] | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In part VII, I have exclued (1) a potential interest in a trust as to which the current beneficiary can assign the principal, and (2) a potential interest in a trust as to which a prior beneficiary will be entitled to exhaust the trust assets for her comfort and support. Suntrust is the trustee for both trusts. One of the trusts (I am not sure which one) has already been exhausted.

**FINANCIAL DISCLOSURE REPORT**

Page 22 of 22

Name of Person Reporting

Teel, S. Martin, Jr.

Date of Report

05/11/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ S. Martin, Jr. Teel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544